[No. 22928-9-III. Division Three. February 8, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. ASHLEY MARIE WALKER, *Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 03-1-00092-7, David Frazier, J., entered April 15, 2004. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.

[No. 21675-6-III. Division Three. February 10, 2005.]

*In the Matter of the Marriage of* EDITH CAMPOS DIAZ, *Respondent* and WILFREDO DIAZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-3-00813-0, Robert N. Hackett, Jr, J., entered December 17, 2002. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 21942-9-III. Division Three. February 10, 2005.]

THERESA WOOD, *Appellant*, v. EXECUTIVE FLIGHT, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 02-2-00076-7, John E. Bridges, J., entered March 13, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 22533-0-III. Division Three. February 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARJORIE JEAN MULVEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-02418-2, Maryann C. Moreno, J., entered October 10, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Kurtz, J.